UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LUKE GRMEK and CAROL GRMEK,

        Plaintiffs,

    v.

HYUNDAI MOTOR COMPANY, LTD. and
HYUNDAI MOTOR AMERICA
CORPORATION,               No. 2:18-cv-1552-MRH

        Defendants,

    v.

HECTOR MYLES-MOLINA,

        Third-Party Defendant.

## STIPULATION OF DISMISSAL

      AND NOW, come the parties, by their respective counsel, and hereby stipulate that this action is and shall be dismissed, with prejudice, with each party to bear their own costs.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| */s/ Clem C. Trischler*_____ | */s/ Joseph A. Hudock*_____ |
| Clem C. Trischler, Esquire | Joseph A. Hudock, Esquire |
| PIETRAGALLO GORDON ALFANO | SUMMERS, MCDONNELL, HUDOCK, |
| BOSICK & RASPANTI, LLP | GUTHRIE & RAUCH, P.C. |
| 38th Floor, One Oxford Centre | 707 Grant Street, Suite 2400 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| (412) 263-2000 | (412) 261-3232 |
| CCT@Pietragallo.com | jhudock@summersmcdonnell.com |
| *Counsel for Defendants* | *Counsel for Third-Party Defendant* |

*/s/ Matthew R. Doebler*_____
Matthew R. Doebler, Esquire
PRIBANIC & PRIBANIC, LLC
513 Court Place
Pittsburgh, PA  15219
(412) 281-8844
mdoebler@pribanic.com
*Counsel for Plaintiffs*