UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LUKE GRMEK and CAROL GRMEK,

       Plaintiffs,

v.

HYUNDAI MOTOR COMPANY, LTD. and HYUNDAI MOTOR AMERICA CORPORATION,              No. 2:18-cv-1552-MRH

       Defendants,

v.

HECTOR MYLES-MOLINA,

       Third-Party Defendant.

## **ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of the Stipulation of the parties, it is hereby ordered, adjudged and decreed that this case shall be dismissed, with prejudice, each party to bear their own cost.

_____
J.